UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-3987 FMO (GJSx) | Date | May 24, 2018 |
|---|---|---|---|
| Title | Marvin S. Finley v. Fidelity National Title Insurance Company, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Lack of Jurisdiction

On May 14, 2018, plaintiff filed this action and invoked this court's jurisdiction based on diversity jurisdiction. (See Dkt. 1, Complaint at ¶ 6). However, diversity jurisdiction appears to be lacking because the Complaint alleges that plaintiff is a citizen of California, (see id. at ¶ 2) and that defendant Fidelity National Title Insurance Company is a California corporation. (See id. at ¶ 4). See 28 U.S.C. § 1332(a) (providing that "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States").

Accordingly, IT IS ORDERED that no later than **June 7, 2018,** plaintiff shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. **Failure to respond to the OSC by the deadline set forth above shall be deemed as consent to dismissal of the action for lack of jurisdiction.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | vdr | | |